IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNY T. HATCHETT,

    Plaintiff,

v.                                                                          No. 13-cv-1183 GBW/SMV

UNITED PARCEL SERVICE, INC.,
and MICHAEL VANCE GILLAM,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    May 13, 2014, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **May 13, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.