IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DONNY T. HATCHETT,**

    **Plaintiff,**

**v.**                                                **No. 13-cv-1183 MCA/SMV**

**UNITED PARCEL SERVICE, INC.,**
**and MICHAEL VANCE GILLAM,**

    **Defendants.**

## ORDER RESETTING TELEPHONIC HEARING

THIS MATTER is before the Court on Defendants' Motion for Rule 35 Examination [Doc. 19]. The telephonic status conference set for May 13, 2014, is VACATED. The telephonic hearing is reset for **June 12, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court will hear argument on Defendants' Motion for Rule 35 Examination [Doc. 19]. Counsel shall also be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Accordingly, counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                  **_____**
                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.