IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNY T. HATCHETT
    Plaintiff,

v.                                        2:13-CV-01183-MCA-SMV

UNITED PARCEL SERVICE, INC.,
and MICHAEL VANCE GILLIAM
    Defendants.

## STIPULATED ORDER TO RELEASE RECORDS

THIS MATTER coming before the Court upon the Motion of the Workers' Compensation Administration (WCA) for an order to release records pursuant to NMSA 1978, §52-5-21 (1991) and subsection BB(3) of Section 7, 11.4.1 NMAC, and the Court having reviewed the pleading and otherwise fully being informed in the premises.

THE COURT FINDS that all parties have stipulated to the release of Workers' Compensation Administration records.

IT IS FURTHER ORDERED that within ten (10) working days of the date stamp of this Order, the WCA shall submit to requesting party a true and complete copy of all WCA records requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

_____
THE HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:

_____*/s/*_____
ROBERTA BACA, for WCA
WCA Assistant General Counsel

Approved by:

*Electronic approval on 5/13/14*
ERIC DIXON
Attorney for Plaintiff, Donny Hatchett

*Electronic approval on 5/21/14*
MATTHEW HOLMES
Attorney for Defendants, United Parcel Service, Inc.,
and Michael Gilliam