IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNY T. HATCHETT,

    Plaintiff,

v.                                  No. 13-cv-1183 MCA/SMV

UNITED PARCEL SERVICE, INC.,
and MICHAEL VANCE GILLAM,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    September 18, 2014, at 10:00 a.m.

**Matter to be heard**:    Plaintiff Donny Hatchett's Motion to Determine the Sufficiency of Defendants' Response to Requests for Admissions . . . [Doc. 48].

**IT IS ORDERED** that a telephonic hearing on Plaintiff's Motion to Determine the Sufficiency of Defendants' Responses to Requests for Admission [Doc. 48] is set for **September 18, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.